**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TODD LATIMER,**

    Plaintiff,

v.                                                                Case No. 8:06-cv-1921-T-30EAJ

**ROARING TOYZ, INC., a Florida**
**corporation individually, ROBERT**
**FISHER, individually, KAWASAKI**
**MOTORS CORP, USA, a foreign**
**corporation, HACHETTE FILIPACCHI**
**MEDIA U.S., INC., a foreign corporation,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Defendants' Motion for Judgment on the Pleadings (Dkt. #50) pursuant to Fed.R.Civ.P. 12(c) and Plaintiff's Response thereto (Dkt. #51).  Having reviewed the Motion, the Response, and being otherwise advised of the premises therein, the Court finds the Motion should be denied.

A motion for judgment on the pleadings under Rule 12 (c) provides a means of disposing of a case when there are no material facts in dispute and a judgment on the merits can be made on the content of the pleadings. Judgment for the moving party is appropriate only if there is no genuine dispute of material fact and the movant is entitled to judgment as a matter of law. Doe v. Board of County Comm'rs, 815 F.Supp. 1448, 1449 (S.D. Fla. 1992). Allegations in the complaint must be accepted as true. Id.

In order to prove an invalid copyright registration and therefore prove the Plaintiff does not have a valid copyright, the Defendants would have to prove intent to mislead on the part of Plaintiff by omitting information from the registration. Arthur Rutenberg Homes, Inc. v. Berger, 910 F.Supp. 607, 607(M.D. Fla. 1995). The Defendants have not met this burden.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion for Judgment on the Pleadings (Dkt. #50) pursuant to Fed.R.Civ.P. 12(c) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2003\03-cv-446.latimer roaring.wpd