**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TODD LATIMER,**

    **Plaintiff,**

v.                                                                          Case No.  8:06-CV-1921-T-30EAJ

**ROARING TOYZ, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Seal Pursuant to Order Dated April 9, 2007 (Dkt. 64).  Defendants have not filed opposition thereto.  See Local Rule 3.01(b) (M.D. Fla. 2007). Having considered the motion and being otherwise advised of the premises therein, the Court finds that it should be granted.

It is, therefore, **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Seal Pursuant to Order Dated April 9, 2007 (Dkt. 64) is **GRANTED**.

2. The Clerk shall file under seal Exhibits 8, 11, 12, 13, and 14 attached to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, see Dkt. 63.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1921 Grant Seal.wpd