**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TODD LATIMER,**

    **Plaintiff,**

**v.**                                                  **Case No. 8:06-cv-1921-T-30EAJ**

**ROARING TOYZ, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Unopposed Motion to Enter Final Summary Judgment in Favor of Kawasaki and Hachette with the Rule 54(b) Certification or in the Alternative an Opposed Motion to Vacate the August 8, 2008 Final Summary Judgment (Dkt. 96) and Defendant's Response to Plaintiff's thereto (Dkt. 99). The Court, having considered the motion, response, and being otherwise advised in the premises determines that the Motions to Enter Final Summary Judgment with Rule 54(b) Certification should be granted.

On August 7, 2008, this Court granted Defendant's Motion for Summary Judgment as to Defendants Kawasaki and Hachette and directed the clerk to enter final summary judgment, which was entered on August 8, 2008. The only remaining defendants are Roaring Toyz, Inc. and Robert Fisher.

Federal Rule of Civil Procedure 54(b) provides that "when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."

In making that determination, the court must consider judicial administrative interests and any equitable concerns.  Ebrahimi v. City of Huntsville Bd. of Educ., 114 F.3d 162, 166-167 (11th Cir. 1997).  Curtiss-Wright v. General Electric, 446 U.S. 1 (1980), notes that a district court may consider whether an appellate court may face the same issues on appeal.  Curtiss-Wright at 8 n.2.

Here, the Court finds that there remains "a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation."  See 28 U.S.C. §1292(b).  The appellate court's decision on the appeal of the Order of Summary Final Judgment may resolve issues still pending among the remaining parties to the District Court case.  It is possible that the outcome of the appeal would facilitate a settlement between the remaining parties and avoid a trial in this Court entirely.  Upon consideration, the Court finds no just reason for delay.

It is therefore ORDERED AND ADJUDGED that the Unopposed Motion to Enter Final Judgment in Favor of Kawasaki and Hachette with Rule 54(b) Certification (Dkt. 96) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on October 22, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1921.Rule 54(b) cert.frm